AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FILED 10/29/19
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) HTC

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kevin Wilson | ) | Case No. 3:19mj295 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15, 2019__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Sections 841(a) and 841(b)(1)(A)(viii), 846 and Title 18, U.S.C., Section 2 | Conspiracy to Distribute and Possess with intent to distribute over 50 grams of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent David Wilson, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Wilson, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/2019

_____
*Judge's signature*

City and state: Pensacola, Florida

Hope T. Cannon, U.S. Magistrate Judge
*Printed name and title*