# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

KEVIN WILSON
and
MARK HIMMELBERGER

_____/

**INDICTMENT**

3:19 ce 141/RV

Returned in open court pursuant to Rule 6(f)

Nov. 19, 2019

Date

United States Magistrate Judge

## THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about January 1, 2019, and October 30, 2019, in the Northern

District of Florida and elsewhere, the defendants,

**KEVIN WILSON
and
MARK HIMMELBERGER,**

did knowingly and willfully combine, conspire, confederate, and agree with each

other and with other persons to distribute and possess with intent to distribute a

controlled substance, and this offense involved 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 14, 2019, in the Northern District of Florida, the

defendants,

## KEVIN WILSON
## and
## MARK HIMMELBERGER,

did knowingly and intentionally distribute a controlled substance, and this offense

involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about October 29, 2019, in the Northern District of Florida, the

defendant,

## KEVIN WILSON,

did knowingly and intentionally possess with intent to distribute a controlled

substance, and this offense involved 5 grams or more of methamphetamine, its

salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One through Three, punishable by imprisonment for more than one year, the defendants,

**KEVIN WILSON**
**and**
**MARK HIMMELBERGER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interest in:

A.    Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

   i.    cannot be located upon the exercise of due diligence;

   ii.    has been transferred or sold to, or deposited with, a third person;

   iii.    has been placed beyond the jurisdiction of this Court;

3

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be

        divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendants up to the

value of the above forfeitable property.

A TRUE BILL:

**Redacted per privacy policy**

FOREPERSON

_11/19/2019_

DATE

LAWRENCE KEEFE
United States Attorney

EDWIN KNIGHT
Assistant United States Attorney

4