# United States District Court
## SENTENCING

| | | | |
|---|---|---|---|
| Time Commenced | 10:43am | Case No. | 3:19cr141-RV-1 |
| Time Concluded | 11:15am | Date | 1/19/2021 |

**DOCKET ENTRY: SENTENCING HEARING as to KEVIN WILSON.** Sentence imposed as to Count 1-3: Custody of BOP for a term of 72 months per count, to run concurrently; Supervised Release for 5 years; SMA $100.00 per count due immediately; Fine waived. *See Formal Judgment.*

PRESENT   HONORABLE   **ROGER VINSON**   SENIOR U.S. DISTRICT JUDGE

| Nancy Hess | Phylicia Dancy | Donna Boland | Sylvia Williams |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v DEFENDANT(S) LISTED BELOW** | **ATTORNEY FOR DEFENDANT**

(1)  Kevin Wilson           (1)  Randall Lockhart

x  Present    x  Custody    ___ OR          x  Present    x  Appointed    ___ Retained

**SENTENCING PROCEEDINGS:**

✓ Defendant reviewed the PSR with counsel and agrees the PSR is factually accurate. PSR adopted for purposes of sentencing.

✓ DEFENDANT ADJUDICATED GUILTY OF COUNTS    1-3

✓ Defendant speaks/addresses the court

✓ Court imposes Sentence: As to Count 1-3, custody of BOP for a term of 72 months per count, to run concurrently; Supervised Release for 5 years; SMA $100.00 per count due immediately; Fine waived.

✓ Defendant advised of right to appeal          Defendant waived appeal rights in plea agreement

**Filed in Open Court**

__SDW__
Initials of Deputy Clerk  1/19/2021